## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRICA CHERAMIE <br><br> Plaintiff, <br><br> – Versus – <br><br> FAMILY SECURITY INSURANCE COMPANY, INC. <br><br> Defendant | CIVIL ACTION No.: 2:22-CV-00593 <br><br> JUDGE: GREG G. GUIDRY <br><br> MAG. JUDGE: MICHAEL B. NORTH |

### ORDER

ON THIS DAY, the court was presented with a Motion to Dismiss with Prejudice filed by plaintiff JERRICA CHERAMIE.  The Court, after being informed by Plaintiff JERRICA CHERAMIE that she has reached an amicable settlement against all remaining defendants, finds the stipulation should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**, that the above-styled and numbered cause and any and all causes of action asserted herein against all remaining defendants are hereby **DISMISSED WITH PREJUDICE** and that each party shall bear their own costs of the Court.

SIGNED THIS 12th OF DECEMBER 2022.

_____
DISTRICT COURT JUDGE